IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID R. CLARK AND CHRISTIE C. CLARK, | ) ) ) | |
| Plaintiffs, | ) ) | |
| V. | ) ) | No. 3:18-CV-1147-G-BN |
| WELLS FARGO BANK, N.A., | ) ) | |
| Defendants. | ) | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge dated January 28, 2020, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED**.

March 12, 2020.

_____
**A. JOE FISH**
**Senior United States District Judge**